## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## GAINESVILLE DIVISION

SHERNERD RICHARDSON,

     Petitioner,

v.                                    CASE NO. 1:16-cv-00321-MP-GRJ

SECRETARY,

     Respondent.

_____/

## O R D E R

     This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 26, 2016. (Doc. 6). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

     Accordingly, it is hereby **ORDERED AND ADJUDGED:**

1.    The Magistrate Judge's Report and Recommendation, Doc. 6, is adopted and incorporated by reference in this order.

2.    The petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254, Doc. 1, is **DISMISSED** for lack of jurisdiction.

3.    The clerk is directed to close the file.

     **DONE AND ORDERED** this _30th_ day of November, 2016

                          *s/Maurice M. Paul*
                         Maurice M. Paul, Senior District Judge